■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCO J. BAEZ, Appellant. [614 NYS2d 303] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered August 27, 1991, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, without a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The defendant waived his right to seek appellate review of

the denial of his motion for a severance as a result of his guilty plea *(People v Flagg,* 155 AD2d 552; *People v Decker,* 135 AD2d 920).* Further, the court properly denied the defendant's motion to suppress physical evidence, without a hearing, since his supporting papers were conclusory and failed to set forth any factual allegations with respect to his or the police officer's conduct *(see,* CPL 710.60 [3]; *People v Reynolds,* 71 NY2d 552; *Matter of George J.,* 187 AD2d 427, *affd* 82 NY2d 415; *People v Scott,* 182 AD2d 649).

Finally, the sentence imposed was appropriate, notwithstanding the fact that the defendant's accomplices received lesser sentences *(see, People v Flagg, supra; see also, People v Kazepis,* 101 AD2d 816). Rosenblatt, J. P., Ritter, Goldstein and Florio, JJ., concur.